RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Rubisel Sanchez-Hernandez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RUBISEL SANCHEZ-HERNANDEZ,<br><br>  Defendant. | Case No. 2:25-mj-00875-BNW<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Rubisel Sanchez-Hernandez, that the Preliminary Hearing currently scheduled on April 6, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.    The parties are still working towards a preindictment resolution.

2.    The defendant is in custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.      The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6.      The additional time requested by this stipulation is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

This is the second request for a continuance of the preliminary hearing.

DATED this 25th day of March, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

By */s/ Clay Plummer*
CLAY PLUMMER
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

RUBISEL SANCHEZ-HERNANDEZ,

      Defendant.

Case No. 2:25-mj-00875-BNW

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for April 6, 2026 at 4:00 p.m., be vacated and continued to  May 6, 2026  at the hour of 4 :00 p .m.; or to a time and date convenient to the court.

DATED this 27th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3