RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Rubisel Sanchez-Hernandez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00875-BNW |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRELIMINARY HEARING** (Third Request) |
| RUBISEL SANCHEZ-HERNANDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Rubisel Sanchez-Hernandez, that the Preliminary Hearing currently scheduled on May 6, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The defendant has entered into a plea agreement. The change of plea and sentencing hearing is currently scheduled for May 13, 2026.

2. The parties request that the preliminary hearing be moved to a date after the change of plea and sentencing, at which time the preliminary hearing would become moot.

3.	The defendant is in custody and agrees with the need for the continuance.

4.	The parties agree to the continuance.

This is the third request for a continuance of the preliminary hearing.

DATED this 14th day of April, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

By */s/ Clay Plummer*
CLAY PLUMMER
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

RUBISEL SANCHEZ-HERNANDEZ,

      Defendant.

Case No. 2:25-mj-00875-BNW

**ORDER**

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for May 6, 2026 at 4:00 p.m., be vacated and continued to __May 20, 2026__ at the hour of _4_ : _00_ _p_ .m.; or to a time and date convenient to the court.

    DATED this 15th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3